AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

Calendar Year 2003

Report Required by the Ethics in Government Act of 1978

(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Nygaard, Richard L | Third Circuit Court of Appeals | 5/4/2004 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Circuit Judge | ○ Nomination, Date  ○ Initial  ● Annual  ○ Final | 1/1/2003 to 12/31/2003 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 17 South Park Row Suite B-230 Erie, PA 16501 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Lecturer | Mercyhurst College |

RECEIVED FINANCIAL DISCLOSURE OFFICE MAY 11 10 34 AM '04

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Nygaard, Richard L | 5/4/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | Pennsylvania State Retirement System | 14,500 |
| 2. | 2003 | Mercyhurst College | 5,000 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nygaard, Richard L | 5/4/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Savings Account at Los Angeles F&A Credit Union | A | Interest | J | T | | | | | |
| 2. Checking/Saving Account at PNC, North East, PA | B | Interest | J | T | | | | | |
| 3. Limited Partnership, Sixth Street Complex | B | Interest | J | W | | | | | |
| 4. Empty Lot, Mina Township, Chautauqua County, NY ▓ | | None | | | | | | | |
| 5. ▓Lots in Pt. St. Lucie, Florida | | None | K | R | Buy | 5/7 | J | | |
| 6. ▓LL&E Royalty Tr. | A | Dividend | J | T | | | | | |
| 7. ▓Safety Kleen | | None | J | T | | | | | |
| 8. ▓Arabian American | | None | J | T | | | | | |
| 9. ▓Jetronic Industries | | None | J | T | | | | | |
| 10. ▓High Income Investment Trust | A | Dividend | J | T | | | | | |
| 11. ▓General Electric | A | Dividend | J | T | | | | | |
| 12. ▓Corning | | | J | T | Buy | 4/20 | J | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   F = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance w~~ isions~~ of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date ___May 4, 2004___

NOTE~~▪▪▪▪▪▪~~WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJEC~~▪▪▪▪▪▪▪▪▪~~RIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544